```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

NATHAN MARQUIS LEBARON, et al.,  )
          Plaintiffs,            )
                                 )  Civ. Action No. 17-10323-PBS
          v.                     )
                                 )
MASSACHUSETTS PARTNERSHIP FOR    )
CORRECTIONAL HEALTH, et al.,     )
          Defendants.            )

                      MEMORANDUM AND ORDER
                          May 5, 2017

SARIS, C.D.J.

For the reasons set forth below, the Court denies CFB's Motion for Reconsideration and Renewal of Request for Immediate TRO.

## BACKGROUND

This civil rights action was initiated on February 21, 2017, by MCI Norfolk inmates Nathan Marquis LeBaron ("LeBaron") and Stephen Jones ("Jones") as well as the non-profit corporation Church of the Firstborn Kahal Hab'Cor ("CFB"). See Complaint, Docket No. 1.

By Memorandum and Order dated March 20, 2017, the Court (1) granted Jones' Motion to Proceed *In Forma Pauperis* and deferred the assessment of the filing fee until the Court receives a copy of Jones' certified prison account statement; (2) denied CFB's Motion to Proceed *In Forma Pauperis* and provided CFB additional time for counsel to enter an appearance; (3) granted LeBaron additional time either to pay the filing fee

or move to proceed *in forma pauperis* with a claim asserting an imminent danger of serious physical injury; (4) denied without prejudice the Emergency Motion for TRO to Enforce All Doctors' Orders and RLUIPA Religious Exercise; (5) directed the Clerk to issue summons as to the identified defendants only; and (6) requested a Status Report from legal counsel for the Massachusetts Department of Correction and Superintendent Medeiros.  See Docket No. 8.  The order advised Jones that he may elect to have the United States Marshals Service complete service on his behalf.  Id.  At that time, the Clerk issued summons for service of the complaint on the four identified defendants.  See Docket No. 9.

Now before the Court are the Status Report and CFB's Motion for Reconsideration and Renewal of Request for Immediate TRO. See Docket No. 15.

DISCUSSION

To the extent CFB moves for reconsideration and clarification, the motion is denied.  The motion states that it would be in the interest of justice to have CFB remain in the action, through President LeBaron, in the role of "next friend" of Stephen Jones.  The Court will not reconsider the order that CFB must retain counsel to remain as a party to this action.  As counsel has not entered an appearance, the clerk will be

2

directed to terminate CFB and Nathan LeBaron as parties to this action.

The renewed emergency motion again seeks to have Jones provided with (1) distilled water (2) a bottom bunk pass, and (3) the medications Eucerin and Gabapentin.  See Docket No. 15.  The Status Report filed on April 10, 2017, states among other things that (1) Jones is currently being given Eucerin cream; (2) MPCH requested an order of Gabapentin for Jones; (3) the water quality meets all applicable regulations and is safe to drink; and (4) although Jones' previously had a medical order for a bottom bunk, and his sick slip states that he currently has a bottom bunk, the order is not active and when Jones arrived at MCI Norfolk, the medical staff declined to issue a medical order for a bottom bunk.  See Docket No. 13.  Thus, to the extent CFB renews the request for an immediate temporary restraining order, the motion is denied.

Jones has until May 1, 2017, to submit a certified prison account statement for the six-month period preceding the filing of the complaint.  Upon receipt of the certified prison account statement, the Court will direct the appropriate prison official to withdraw an initial partial payment from the plaintiff's account, followed by payments on a monthly basis until the $350.00 filing fee is paid in full.  See 28 U.S.C. § 1915(b)(1)-(2).

**ORDER**

Based upon the foregoing, it is hereby Ordered that:

1. The Motion (Docket No. 15) for Reconsideration and Renewal of Request for Immediate TRO is DENIED.

2. The Clerk shall terminate as parties to this action Nathan LeBaron and the Church of the Firstborn Kahal Hab'Cor.

3. On or before May 31, 2017, plaintiff Stephen Jones shall submit his certified prison account statement under 28 U.S.C. § 1915, failing which this action may be dismissed.

SO ORDERED.

                                          /s/ Patti B. Saris
                                          PATTI B. SARIS
                                          CHIEF UNITED STATES DISTRICT JUDGE